■ CHARTER OAK FIRE INSURANCE COMPANY et al., Respondents, v TINA L. BORRELLI et al., Appellants, et al., Defendants. (Appeal No. 2.) [710 NYS2d 289] —Order unanimously reversed on the law without costs. Same Memorandum as in *Charter Oak Fire Ins. Co. v Borrelli* ([appeal No. 1] 273 AD2d 797 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Fisher, J.—Interpleader.) Present—Pigott, Jr., P. J., Pine, Hayes and Lawton, JJ.

■ TINA L. BORRELLI et al., Appellants, v TRAVELERS INSURANCE COMPANY OF NORTH AMERICA, Respondent, et al., Defendant. (Appeal No. 3.) [710 NYS2d 292] —Order unanimously reversed on the law without costs and judgment reinstated. Same Memorandum as in *Charter Oak Fire Ins. Co. v Borrelli* ([appeal No. 1] 273 AD2d 797 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Fisher, J.—Vacate Judgment.) Present—Pigott, Jr., P. J., Pine, Hayes and Lawton, JJ.